Check No. 1188218

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-00147-JJT | 001-0 | MATTHEW D. IMPELLIZERI<br>Original Check written to:<br>CITIBANK, NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 | 4452 | 14,144.29 | 60.59 | 0.00 | 60.59 |
| 13-00147-JJT | 002-0 | MATTHEW D. IMPELLIZERI<br>Original Check written to:<br>CITIBANK, NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 | 4452 | 8,148.62 | 34.91 | 0.00 | 34.91 |
| 13-00147-JJT | 003-0 | MATTHEW D. IMPELLIZERI<br>Original Check written to:<br>CITIBANK, NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 | 4452 | 10,618.75 | 45.49 | 0.00 | 45.49 |
| 13-00147-JJT | 013-0 | MATTHEW D. IMPELLIZERI<br>Original Check written to:<br>NJCLASS<br>PO BOX 544<br>TRENTON, NJ 08625- | 5014 | 12,231.11 | 1,201.31 | 0.00 | 1,201.31 |
| 13-00493-RNO | 009-0 | THOMAS SCOTT BALDWIN<br>Original Check written to:<br>SPRINGCASTLE AMERICA FUNDING TRUST<br>PO BOX 12907<br>NORFOLK, VA 23541- | 7083 | 12,645.61 | 227.49 | 0.00 | 227.49 |
| 13-01024-JJT | 002-0 | EDWARD S. GALLAGHER<br>Original Check written to:<br>SALLIE MAE GUARANTEE SERVICES<br>PO BOX 7167<br>INDIANAPOLIS, IN 462067167 | 2008 | 375.28 | 28.06 | 0.00 | 28.06 |