```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 13-01024-JJT
Edward S. Gallagher                                                 Chapter 13
Kristin C. Gallagher
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: LyndseyPr           Page 1 of 1           Date Rcvd: Sep 13, 2018
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db/jdb         +Edward S. Gallagher,   Kristin C. Gallagher,   323 N. Lincoln Ave.,   Scranton, PA 18504-1783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    Toyota Lease Trust ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor 2 Kristin C. Gallagher tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 Edward S. Gallagher tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward S. Gallagher,<br>aka Edward Gallagher, | Chapter 13 |
| **Debtor 1** | Case No. 5:13–bk–01024–JJT |
| Kristin C. Gallagher,<br>aka Kristin Claire Gallagher, aka Kristin Gallagher, | |
| **Debtor 2** | |

Social Security No.:
    xxx–xx–4562    xxx–xx–2008

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 13, 2018

By the Court,

*/s/ John J. Thomas*

Honorable John J. Thomas
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)